YI SHI, SBN: 291089
LAW OFFICES OF YI SHI
18351 COLIMA RD. #260
ROWLAND HEIGHTS, CA 91748
TEL: (626) 888-2380
FAX: (626) 788-0762
EMAIL: yishilawoffice@gmail.com
Attorney for Plaintiff and Counter-Defendant

Tommy SF Wang (SBN 272409)
Nicole M. Goss (SBN 322208)
WANG IP LAW GROUP, P.C.
18645 E. Gale Ave., Suite 205
City of Industry, CA 91748
Telephone: (888) 827-8880
Facsimile: (888) 827-8880
Email: twang@thewangiplaw.com
Email: ngoss@thewangiplaw.com
Attorneys for Defendants and Counter-Claimants
Spladder, Inc., Baichun Zhao, and Hang Zhao

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jonathan Yue Jing, an individual;<br><br>Plaintiff,<br>v.<br><br>Spladder, Inc.; Baichun Zhao, an individual; Hang Zhao, an individual; and Does 1 through 20, inclusive,<br><br>Defendants. | CASE NO: 5:19-CV-00072-R-SP<br><br>**(Hon. Manuel L. Real)**<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: January 10, 2019 |
| Spladder, Inc., a California Corporation; Baichun Zhao, an individual; Hang Zhao, an individual;<br>Counter-Claimants,<br>v.<br><br>Jonathan Yue Jing, an individual; Does 1-20, inclusive<br><br>Counter-Defendant. | |

1

JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

ORDER

The parties' Joint Stipulation And Order for Dismissal with Prejudice filed June 3, 2019 (Dkt. No. 27) is approved. The entire action, including all claims and counterclaims stated herein against all parties is hereby dismissed with prejudice.

Dated: June 6, 2019

_____
Hon. Manuel L. Real

# CERTIFICATE OF SERVICE

In accordance with Rule 5-3 of the local Civil Rules of the United States District Court for the Central District of California, the undersigned hereby certifies that on June 3, 2019 a true and correct copy of the foregoing document was filed through the Courts CM/ECF System and thereby caused to be served by email on all counsel of record.

_____
Yi Shi

JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE